|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HARRY WILLIAM NETTLETON IV,<br><br>　　　　　　　Defendant. | NO.  CR08-67-RAJ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 12, 2011.  The United States was represented by Assistant United States Attorney Tessa Gorman, and the defendant by Lynn Hartfield for Nancy Tenney.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g).  On or about February 6, 2009, defendant was sentenced by the Honorable Richard A. Jones, to a term of 37 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse program, possess no firearms, cooperate with DNA collection, and submit to search.

In a Petition for Warrant or Summons, dated February 11, 2011, U.S. Probation Officer Monique D. Neal asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to report for drug testing as directed by the U.S. Probation Office on February 1, February 9, and February 10, 2011, in violation of the special condition requiring him to submit to drug testing to determine if he has reverted to the use of drugs or alcohol.

2. Using cocaine, on or before February 2, 2011, in violation of standard condition No. 7.

3. Failing to notify the probation officer at least 10 days prior to any change in residence or employment, in violation of standard condition No. 6.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Richard A. Jones on May 13, 2011 at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 12th day of April, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:            Honorable Richard A. Jones
    AUSA:                      Tessa Gorman
    Defendant's attorney:      Nancy Tenney
    Probation officer:         Monique D. Neal

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2