UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRY W. NETTLETON, IV.,

    Defendant.

Case No. CR08-67-RAJ

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 22, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Susan Roe, and defendant was represented by Lynn Hartfield. Also present was U.S. Probation Officer Tracey Cowen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 6, 2009, by the Honorable Richard A. Jones for Felon in Possession of a Firearm. He received 37 months of detention and 3 years of supervised release.

On February 14, 2011, the Court issued a warrant for Mr. Nettleton's arrest based on violations of supervised release. On May 13, 2011, the offender was received into federal custody and admitted violating the conditions of supervision by failing to report or drug testing,

PROPOSED FINDINGS OF FACT AND DETERMINATION
AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE - 1

consuming cocaine, and failing to notify his probation officer of his change of residence and employment. On May 26, 2011, Mr. Nettleton's term of supervision was revoked and he was sentenced to time served with a release date of May 27, 2011. The Court imposed a 35 month term of supervision.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated June 27, 2011, U.S. Probation Officer Calvin K. Bouma, Jr., alleged that defendant violated the following conditions of supervised release:

1. Failing to participate in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, on or about 6/25/2011, as instructed by the U.S. Probation Officer, in violation of the special condition requiring him to do so.

2. Failing to notify the probation officer of a change in residence on or about 6/25/2011, in violation of the standard condition requiring him to notify the probation officer at least 10 days prior to any change in residence or employment.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on October 14, 2011 at 11:00 a.m., before District Judge Richard A. Jones.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 22nd day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge